The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAUNCEY L. WILLIAMS,<br><br>Defendant. | NO. CR12-5087 BHS<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following assets:

(a) $2,004.00 in U.S. currency, more or less, seized from Chauncey Williams at the time of his arrest.[1]

On February 10, 2014, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Chauncey Williams's interest in the above-described property.

The above-referenced property is subject to forfeiture pursuant to Title 21, United States Code, Section 853, based on Chauncey Williams's guilty plea to Possession of Methamphetamine, Ecstasy, and Oxycodone with Intent to Distribute, as charged in Count 1 of the Superseding Indictment, in violation of Title 21, United States Code,

---

[1] The black Hi-Point .380 caliber semi-automatic pistol, Serial No. P8015624, as stated in the Government's motion, was disposed of by the Lakewood Police Department.

FINAL ORDER OF FORFEITURE
*U.S. v. Chauncey Williams* (Case No. CR12-5087BHS) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and his
2  agreement to forfeit the above-described property.
3       Pursuant to Title 21, United States Code, Section 853(n), the United States
4  published notice on an official government forfeiture website, currently
5  www.forfeiture.gov for thirty (30) days beginning February 13, 2014.  In the publication
6  the United States published notice of the Preliminary Order of Forfeiture and the intent of
7  the United States to dispose of the property in accordance with law.  This notice further
8  stated that any person other than the defendant having or claiming an interest in the
9  property was required to file a petition with the Court within sixty (60) days of the first
10 date of publication, setting forth the nature of the petitioner's right, title, and interest in
11 the property.
12      All persons and entities believed to have an interest in the property subject to
13 forfeiture were given proper notice of the intended forfeiture.
14      No petitioners have come forward to assert an interest in the forfeited property,
15 and the time for doing so has expired.
16      Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the following
17 property is hereby fully and finally condemned and forfeited to the United States in its
18 entirety:
19      (a)   $2,004.00 in United States currency, more or less, seized from Chauncey
20            Williams at the time of his arrest.
21 //
22 //
23 //
24 //
25 //

FINAL ORDER OF FORFEITURE
*U.S. v. Chauncey Williams* (Case No. CR12-5087BHS) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or
2 interest in the above-described property shall exist in any other party. The United States
3 Marshals Service and its agents and/or representatives are authorized to dispose of the
4 above-listed property in accordance with the law.
5  DATED this 15th day of December, 2014.

   _____
   BENJAMIN H. SETTLE
   United States District Judge

12 Presented by:

14  s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone:  (253) 428-3800
Facsimile:  (253) 428-3826
E-mail:  Matthew.H.Thomas@usdoj.gov

FINAL ORDER OF FORFEITURE
U.S. v. Chauncey Williams (Case No. CR12-5087BHS) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800